**PHILADELPHIA COURT OF COMMON PLEAS, Respondent.**

Supreme Court of Pennsylvania.

Aug. 8, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of August, 2012, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Edward E. SCHOFIELD, Respondent.**

Supreme Court of Pennsylvania.

Aug. 8, 2012.

## *ORDER*

PER CURIAM.

AND NOW, this 8th day of August, 2012 the Petition for Allowance of Appeal is hereby **DENIED.**

The Application for Bail Pending Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Richard Allen JOHNSON, Respondent.**

Supreme Court of Pennsylvania.

Aug. 13, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of August 2012, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

(1) Whether the Superior Court erred in affirming the suppression of evidence seized incident to an arrest based on an invalid arrest warrant, where the police

officer reasonably and in good faith believed that the warrant was valid?